THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKIMOTO & ZHU, DDS, MDS, PLLC; BRET JACOBSON, DDS; CAROL O'BRIEN DDS PS, INC; DAVID Y. KIM, DDS; FOUAD FARHAT, DDS, MSD, PLLC; GRAHAM JONES, DDS; GREENE AND EVERETT, PLLC; JENSEN AND BROWN, DDS, PLLC.; JESSIE M. BANKS, DDS AND JESSIE M. BANKS, DDS PLLC; KUNAL WALIA, DDS; JEFFERY AND DAVIES DDS, PLLC; PATRICIA G. BENCA, DDS; PAUL R. SAUVAGE, DDS; THERON BAKER DDS; ROSETO & NGUYEN, PLLC; JOHANN YI DDS PLLC; JOSH WALKER, DDS & STEVEN INABA DDS, PLLC d.b.a. MERIDIAN DENTAL CLINIC; AMATO PLLC; MATTHEW A. BAGNULO, DDS, PS; ZACHARY P. EHRMANTROUT, DDS; and RESTAURANTS NORTHWEST, INC.,

  Plaintiffs,

 v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, an insurance company; and THE CHARTER OAK FIRE INSURANCE COMPANY, an insurance company,

  Defendants.

No.: 2:22-cv-00644-BJR

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
NO.: 2:22-CV-00644-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930


**STIPULATION**

Plaintiffs and Defendants, by and through their attorneys, agree that Defendants shall have until June 20, 2022 to answer or otherwise respond to Plaintiffs' Complaint (Dkt 1-2). Plaintiffs and Defendants further agree that in so extending this deadline, neither Plaintiffs nor Defendants waive any right, claim, or defense in this action, including but not limited to defenses under Rules 12(b) and 12(c) of the Federal Rules of Civil Procedure.

DATED: May 19, 2022

| KELLER ROHRBACK L.L.P.<br><br>By: s/ Nathan Nanfelt<br>Gabriel Verdugo, WSBA #44154<br>Nathan Nanfelt, WSBA #45273<br><br>Email: gverdugo@kellerrohrback.com<br>nnanfelt@kellerohrback.com<br><br>***Attorneys for all Plaintiffs***<br><br>Neil T. Lindquist, WSBA #52111<br>Kornfeld Trudell Bowen & Lindquist, PLLC<br>4055 Lake Washington Blvd. NE, Suite 240<br>Kirkland, WA 98033<br>Phone: 425.893-8989<br>Fax: 425.893.8712<br>Email: neil@kornfeldlaw.com<br><br>***Attorney for Plaintiff Restaurants Northwest, Inc.*** | BULLIVANT HOUSER BAILEY PC<br><br>By: s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>Westin McLean, WSBA #46462<br><br>Email: dan.bentson@bullivant.com<br>westin.mclean@bullivant.com<br><br>***Attorneys for Defendants*** |
|---|---|

DATED this 27th day of May, 2022.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
NO.: 2:22-CV-00644-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

4859-4230-3521.1
STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT
NO.: 2:22-CV-00644-BJR

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930