1

2

3

4

5

6

7

8

Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AKIMOTO & ZHU, DDS, MSD, PLLC; BRET
JACOBSON, DDS; CAROL O'BRIEN DDS
PS, INC; DAVID Y. KIM, DDS; FOUAD
FARHAT, DDS, MSD, PLLC; GRAHAM
JONES, DDS; GREENE AND EVERETT,
PLLC; JENSEN AND BROWN, DDS, PLLC.;
JESSIE M. BANKS, DDS AND JESSIE M.
BANKS, DDS PLLC; KUNAL WALIA, DDS;
JEFFERY AND DAVIES DDS, PLLC;
PATRICIA G. BENCA, DDS; PAUL R.
SAUVAGE, DDS; THERON BAKER DDS;
ROSETO & NGUYEN, PLLC; JOHANN YI
DDS PLLC; JOSH WALKER, DDS &
STEVEN INABA DDS, PLLC d.b.a.
MERIDIAN DENTAL CLINIC; AMATO
PLLC; MATTHEW A. BAGNULO, DDS, PS;
ZACHARY P. EHRMANTROUT, DDS; and
RESTAURANTS NORTHWEST, INC.,

No. 2:22-cv-00644-BJR

STIPULATED MOTION FOR LEAVE
TO AMEND COMPLAINT AND ORDER

Plaintiffs,

v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, an insurance
company; and THE CHARTER OAK FIRE
INSURANCE COMPANY, an insurance
company,

Defendants.

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER
(2:22-cv-00644-BJR) - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Pursuant to Fed. R. Civ. P. 15(a)(2), the parties jointly submit this Stipulated Motion for Leave to Amend Complaint. Filed herewith are redline and clean copies of the Proposed Amended Complaint, Exhibit A and Exhibit B, respectively.

The Proposed Amended Complaint modifies the Complaint (Dkt. 1-1) in two material ways: correcting one of the plaintiff's names to *LeCuyer* Amato PLLC, and amending the case caption consistent with that corrected entity name. *See* Ex. A at ¶ 22 and p. 1 (showing modifications to pleading).

The parties respectfully request leave for Plaintiffs to file the Proposed Amended Complaint as proposed in Exhibit B.

Dated this 15th day of June, 2022.

BULLIVANT HOUSER BAILEY PC

KELLER ROHRBACK L.L.P.

By: *s/Daniel R. Bentson*
    Daniel R. Bentson, WSBA #36825
    Email: dan.bentson@bullivant.com
    Jared F. Kiess, WSBA #54532
    Email: jared.kiess@bullivant.com

**Attorneys for Defendants**

By: *s/ Nathan L. Nanfelt*
By: *s/ Gabriel E. Verdugo*
    Nathan L. Nanfelt, WSBA #45273
    Gabriel E. Verdugo, WSBA #44154
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: nnanfelt@kellerrohrback.com
    Email: gverdugo@kellerrohrback.com

**Attorneys for All Plaintiffs**

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2

KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC

3
4

By: *s/ Neil T. Lindquist*
      Neil T. Lindquist, WSBA #52111

5

4055 Lake Washington Blvd. NE, Ste. 240
Kirkland, WA 98033

6

Telephone: (425) 893-8989
Fax: (425) 893-8712

7

Email: neil@kornfeldlaw.com

8

***Attorneys for Plaintiff Restaurants Northwest, Inc.***

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER
(2:22-cv-00644-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

## ORDER

2

The parties having stipulated to the above, it is HEREBY ORDERED that the Stipulated

3

Motion for Leave to Amend Complaint (Dkt. 14) is GRANTED.

4

Plaintiff is directed to file an amended complaint as proposed in Exhibit B.

5

6

IT IS ORDERED.

7

Dated this 24th day of June, 2022.

8

9

The Honorable Barbara J. Rothstein
Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER
(2:22-cv-00644-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384