THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKIMOTO & ZHU, DDS, MSD, PLLC; BRET JACOBSON, DDS; CAROL O'BRIEN DDS PS, INC; DAVID Y. KIM, DDS; FOUAD FARHAT, DDS, MSD, PLLC; GRAHAM JONES, DDS; GREENE AND EVERETT, PLLC; JENSEN AND BROWN, DDS, PLLC.; JESSIE M. BANKS, DDS AND JESSIE M. BANKS, DDS PLLC; KUNAL WALIA, DDS; JEFFERY AND DAVIES DDS, PLLC; PATRICIA G. BENCA, DDS; PAUL R. SAUVAGE, DDS; THERON BAKER DDS; ROSETO & NGUYEN, PLLC; JOHANN YI DDS PLLC; JOSH WALKER, DDS & STEVEN INABA DDS, PLLC d.b.a. MERIDIAN DENTAL CLINIC; AMATO PLLC; MATTHEW A. BAGNULO, DDS, PS; ZACHARY P. EHRMANTROUT, DDS; and RESTAURANTS NORTHWEST, INC., <br><br>        Plaintiffs,<br><br>   v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, an insurance company; and THE CHARTER OAK FIRE INSURANCE COMPANY, an insurance company,<br><br>        Defendants. | No. 2:22-cv-00644-BJR<br><br>JOINT MOTION TO STAY AND ORDER |

JOINT MOTION TO STAY
NO. 2:22-CV-00644-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Plaintiffs and Defendants submit this Joint Motion to Stay this case pending appellate decision(s). The parties agree that the case should be stayed but disagree regarding the appropriate length of a stay. Assuming the Court agrees that a stay is appropriate, the parties leave the length of the stay to be determined by the Court.

The Washington Supreme Court and the United States Court of Appeals for the Ninth Circuit are in the process of deciding appeals involving the application of Washington law to disputes over insurance coverage for alleged business interruption losses attributed to COVID-19 and/or government closure orders. In the Washington Supreme Court, *Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co.*, No. 100211-4 (Wash.) ("*Hill & Stout*") is fully briefed and scheduled for oral argument on June 28, 2022. In the Ninth Circuit, *Nguyen v. Travelers Casualty Insurance Company of America*, No. 21-35496 (9th Cir.) and twelve related cases are fully briefed and scheduled for oral argument on August 10 or 12, 2022. An appellate decision in any of these cases is likely to impact central legal questions in this case.

The parties disagree as to the length of the appropriate stay. Plaintiffs believe that this case should remain stayed until a decision is issued by the Washington Supreme Court in *Hill & Stout*, regardless of the timing of any decision by the Ninth Circuit. Defendants believe that this case should remain stayed until a decision is issued in either *Hill & Stout* or *Nguyen* (or any of the cases to be heard by the Ninth Circuit together with *Nugyen*), whichever comes first.

The parties expressly agree that this joint motion and proposed stay do not waive any rights or defenses, including but not limited to defenses listed in Federal Rule of Civil Procedure 12(b) or 12(c).  The parties further agree to file a Status Report within sixty (60) days of any appellate decision to provide the Court with an update on the case status.

JOINT MOTION TO STAY
NO. 2:22-CV-00644-BJR _

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Dated: June 15, 2022.

| BULLIVANT HOUSER BAILEY PC | KELLER ROHRBACK LLP |
|---|---|
| By: s/ Daniel R. Bentson<br>   Daniel R. Bentson, WSBA #36825<br>   Westin T. McLean, WSBA #54532<br>   925 Fourth Avenue, Suite 3800<br>   Seattle, WA 98104<br>   Phone: (206) 292-8930<br>   Email: dan.bentson@bullivant.com<br>   Email: westin.mclean@bullivant.com<br><br>*Attorneys for Defendants* | By: s/ Nathan L. Nanfelt<br>   Gabriel E. Verdugo, WSBA #44154<br>   Nathan L. Nanfelt, WSBA #45273<br>   1201 Third Avenue, Suite 3200<br>   Seattle, WA 98101<br>   Phone: (206) 623-1900<br>   Email: gverdugo@kellerrohrback.com<br>   Email: nnanfelt@kellerrohrback.com<br><br>*Attorneys for Plaintiffs* |
| KORNFELD TRUDELL BOWEN & LINDQUIST, PLLC<br><br>By: s/ Neil T. Lindquist<br>   Neil T. Lindquist, WSBA #52111<br>   4055 Lake Washington Blvd. NE, Suite 240<br>   Kirkland, WA 98033<br>   Phone: 425.893-8989<br>   neil@kornfeldlaw.com<br><br>*Attorney for Plaintiff Restaurants Northwest, Inc.* | |

IT IS SO ORDERED this 24th day of June, 2022.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

4885-4471-1967.1

JOINT MOTION TO STAY
NO. 2:22-CV-00644-BJR    PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930